AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

United States of America )
v. )
KEVIN CUNNINGHAM and )   Case No.  4:21 MJ 3257 NCC
MICAH GORDON )   SIGNED AND SUBMITTED TO THE COURT FOR
)   FILING BY RELIABLE ELECTRONIC MEANS.
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 13, 2021  in the county of  St. Louis and St. Louis City  in the
Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18: 2, 371 and 1958 | Conspiracy to commit and Use of Facility of Interstate Commerce in the Commission of Murder for Hire |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
I state under penalty of perjury the forgoing is true and correct.

*Complainant's signature*

Special Agent Christopher Eaves, DEA
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to the Federal Rules of Criminal Procedure 4.1 and 41.

Date:  10/14/2021

*Judge's signature*

City and state:  St. Louis, Missouri    Honorable Noelle C. Collins , U.S. Magistrate Judge
*Printed name and title*

AUSA OGDEN